# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re:* | § | |
| | § | |
| RLI SOLUTIONS COMPANY | § | CASE NO. 22-21375-TPA |
| | § | |
| Debtor, | § | Chapter 11 |
| | § | |
| NORMAN LANE, | § | |
| | § | |
| Movant, | § | |
| | § | |
| vs. | § | |
| | § | |
| RLI SOLUTIONS COMPANY, | § | |
| | § | |
| Respondent. | § | Document No. |

## ORDER TERMINATING AUTOMATIC STAY

The Court has reviewed the Motion of Norman Lane (Lane) For Relief From the Automatic Stay and Other Relief and modify the § 362 Automatic Stay with regard to the real property and improvements located in Harrison County and Kanawha County, West Virginia and Washington County, Pennsylvania (collectively, the "Collateral") and subject to the Stock Purchas Agreement, Note A, Note B, the Guaranty to Note A and the Guaranty to Note B (collectively the Purchase Documents), as more fully described in the Exhibits to Lane's Motion. Upon mature consideration, the Court has determined to grant the relief requested.

**IT IS, ACCORDINGLY, ORDERED that:**

1. The automatic stay pursuant to 11 U.S.C. § 362 is hereby terminated with respect to the Collateral to permit Lane to exercise his rights under applicable non bankruptcy law and/or the Purchase Documents with respect to the debt at issue,

including, but not limited to, its right to foreclose upon, repossess, and liquidate the Collateral;

2. The Collateral is abandoned inasmuch as the Estate has no interest in it, provided that should a sale of the Collateral yield proceeds greater than the claim secured by the Collateral, any net proceeds in excess of all amounts owed to Lane will be subject to the jurisdiction of this Court;

3. All communications required by law and the Purchase Documents regarding any default or the repossession/foreclosure of the Collateral shall be made directly to Debtor at the address set forth in Debtor's Petition and the instrument granting the security interest; and

4. The stay provided by Bankruptcy Rule 4001(a)(3) is hereby waived, and this Order shall be effective upon entry.

**IT IS SO ORDERED.**

*SUBMITTED BY:*

/s/ David M. Jecklin
David M. Jecklin, Esq. (PA Bar No. 317254)
Gianola, Barnum & Jecklin, L.C.
1714 Mileground Road
Morgantown, WV  26505
Phone:  304-291-6300
Fax: 304-291-6307