## GUARANTY

KNOW ALL PERSONS BY THESE PRESENTS THAT:

WHEREAS CHRISTOPHER LANE (the "Borrower"), has negotiated a loan in the amount of Three Million Dollars ($3,000,000.00) from NORMAN LANE ("Lender"), which said loan bears interest at the rate set forth in the Stock Purchase Agreement (the "Loan"), and is to be represented by a negotiable promissory note executed by Borrower, dated January 29, 2021, payable to the order of the Lender (the "Note A"); and

WHEREAS the Lender is unwilling to make the Loan to Borrower unless and until the undersigned Ronald Lane, Inc. a West Virginia corporation (Guarantor"), shall, jointly and severally, unconditionally guarantee the repayment of the Loan; and

WHEREAS the undersigned Guarantor will acquire certain benefits accruing to it upon the making of the Loan by Lender to Borrower; and

WHEREAS, as an inducement to Lender to make the Loan to Borrower, the undersigned Guarantor is agreeable to jointly and severally unconditionally guarantee the repayment of the Loan.

NOW, THEREFORE, THIS AGREEMENT WITNESSETH: That for and in consideration of the sum of Ten Dollars ($10.00) cash in hand paid, the receipt whereof is hereby acknowledged, and in the further consideration of the benefits accruing upon the making of the Loan by Lender to Borrower, the undersigned Guarantor does hereby, jointly and severally, absolutely and unconditionally, guarantee the prompt and full payment of the Note executed by Borrower in the original principal amount of Three Million Dollars ($3,000,000.00) payable to the Lender, which said Note A bears interest at the rate set forth therein and is payable to the order of the Lender.

For the same consideration, the undersigned Guarantor does hereby further, jointly and severally, guarantee unto Lender the prompt and full performance of all of the terms, conditions and stipulations set forth and contained in each and every document delivered by Borrower to Lender in connection with the Loan.

This is an absolute guarantee of payment, not a guarantee of collection, and the undersigned hereby expressly waives any right which he may have to require that any action to be brought against Borrower, as maker of the Note, or against any other person, firm or corporation, or require that resort be had to any of the security given for the payment of the Loan as evidenced by the Note.

This guarantee of payment shall remain in full force and effect until such time as the Loan as evidenced by the Note, including the principal amount thereof, interest due thereon, and any and all additional advances or charges made thereto shall have been fully paid and satisfied.  It is understood and agreed that there are no conditions or limitations to the undertakings of the undersigned in these premises and that the obligations hereby created are absolute.

This guarantee of payment shall extend to and apply to any note or notes given in continuation of, or in renewal of, or in lieu of, or in substitution of the Note, however changed in form or amount, together with any interest and other lawful charges that may be due thereon.

**Exhibit D**

The undersigned Guarantor hereby expressly waives notice of acceptance, presentment, protest and notice of nonpayment.

It is understood and agreed that this guarantee of payment may be assigned by Lender, together with all rights and choses in action accruing hereunder to any subsequent owner of the Note or interest therein and shall inure to the benefit of Lender, its successor and assigns.

This guarantee of payment shall be binding upon the Guarantor and his respective heirs, administrators, executors, successors and assigns as the case may be.

Any notice required to be given by the Lender to the Guarantor by reason hereof shall be in writing, and shall be deemed given when mailed to him, certified mail, return receipt requested, addressed as follows:

> Ronald Lane Inc.
> c/o Christopher Lane
> 339 Wilsonburg Road
> Clarksburg, West Virginia 26301

or at such other address as the Guarantor shall designate to Lender in writing.

This guarantee of payment shall be construed in accordance with the laws of the State of West Virginia, except to the extent that the same is subject to any federal law, rule or regulation, in which case such federal law, rule or regulation shall govern its construction.

WITNESS the following signature and seal this 29th day of January 2021.

_____(SEAL)
RONALD LANE, INC.
By:   Christopher Lane
Its:   President, Director and Shareholder


STATE OF WEST VIRGINIA,

COUNTY OF MONONGALIA, TO-WIT:

The foregoing instrument was acknowledged before me this 29th day of January 2021, by Christopher Lane, President of Ronald Lane, Inc.

My commission expires: _____

_____
Notary Public

2

**Exhibit D**