WWR# 040996775

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| RLI Solutions Company ) | Bankruptcy No. 22-21375-GLT |
| Debtor, ) | |
| ) | Chapter 11 |
| Ford Motor Credit Company LLC, ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| RLI Solutions Company Debtor, ) | |
| Respondent. ) | |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**
**AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(3)**

This cause came on for hearing this _____ day of _____, 2022, in said District, upon the Motion of Ford Motor Credit Company LLC for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that Ford Motor Credit Company LLC, Movant herein, is a creditor of the estate by virtue of a certain Lease with the Debtor, for a 2022 Ford Ranger VIN#1FTER4FH2NLD17395; that the Movant has not been adequately protected; that the Lease has been rejected by operation of law; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein; and

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Ford Motor Credit Company LLC be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate the Leased property referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay imposed in Fed. Bankr. Rule 4001(a)(3) is waived.

Movant shall serve a copy of this Order on the respondents, their counsel, the Trustee, and the US trustee. Movant shall file a Certificate of Service within (3) business days.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

Garry Masterson
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com